UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ARTHUR ASHBUOGWU,                    CIVIL DOCKET NO. 1:20-CV-00134-P
Plaintiff

VERSUS                               JUDGE DRELL

USA,                                 MAGISTRATE JUDGE PEREZ-MONTES
Defendants

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the
Magistrate Judge previously filed herein (ECF No. 3), noting the absence of objections
thereto, and concurring with the Magistrate Judge's findings under the applicable
law;

IT IS ORDERED that the Complaint (ECF No. 1) is hereby DENIED and
DISMISSED WITH PREJUDCE under 28 U.S.C. §§ 1915(e)(2)(b) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper
of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this _7th_ day of October
2020.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE